IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN O'MEARA, et. al., | ) | |
| | ) | 8:09CV157 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO EXTEND DEADLINE |
| DAVE HEINEMAN, JOAN | ) | |
| SCHAEFER, M.D., JOHN C. WYVILL, | ) | |
| and RON STEGEMANN, | ) | |
| | ) | |
| Defendants. | ) | |

The defendants' Unopposed Motion to Extend Deadline (filing no. 19), is granted, and the defendants' deadline for filing a motion for summary judgment on the basis of qualified immunity is continued to July 1, 2010.

DATED this 17th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge