IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAUDIE SIRES, Personal Representative of the Estate of Claudia Wright, | ) ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3020 |
| V. | ) ) | |
| DAVE HEINEMAN, M.D. JOANN SCHAEFER, JOHN C. WYVILL, and RON STEGEMANN, | ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

    This matter is before the court on Defendants' motion for an order sealing the Evidence Index and related exhibits and supporting brief filed by Defendants in connection with their Motion for Summary Judgment. (Filing 31.) Defendants contend that the sealing of these documents is necessary because they contain references to protected health information relative to Plaintiffs in this action and, further, that redaction would not be feasible. Having reviewed the matter, the motion will be granted.

    IT IS ORDERED:

    1.    Defendants' motion to file under seal pursuant to NECivR 7.5 (filing 31) is granted; and

    2.    Defendants' brief in Support of Motion for Summary Judgment (filing 28) and Defendants' Evidence Index in Support of Motion for Summary Judgment and the attached evidence (filing 30) are hereby placed under seal and access is

restricted to the court and the parties to this action, including counsel of record.

    July 13, 2010.

                                                  BY THE COURT:
                                                *Richard G. Kopf*
                                                United States District Judge