IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN O'MEARA, et al., | 8:09CV157 |
| Plaintiffs, | |
| v. | |
| | **MEMORANDUM AND ORDER** |
| DAVE HEINEMAN, et al. | |
| Defendants. | |
| CLAUDIE SIRES, Personal Representative of the Estate of Claudia Wright, | 4:10CV3020 |
| Plaintiff, | |
| v. | |
| DAVE HEINEMAN, et al., | |
| Defendants. | |
| GARRY WHEELER, Personal Representative of the Estate of Sara Schnell, | 4:10CV3021 |
| Plaintiff, | |
| v. | |
| DAVE HEINEMAN, et al. | |
| Defendants. | |

Plaintiffs in these consolidated actions filed motions to extend the deadline to respond to Defendants' pending motions for summary judgment (Case No. 8:09CV157, filing 62; Case No. 4:10CV3020, filing 34; Case No. 4:10CV3021, filing 33). Contemporaneously therewith, Plaintiffs filed motions to conduct limited discovery on the issue of qualified immunity raised by Defendants' summary judgment motions (Case No. 8:09CV157, filing 63; Case No. 4:10CV3020, filing 35; Case No. 4:10CV3021, filing 34). Because Plaintiffs' motions to conduct limited discovery are not ripe for resolution until after the deadline for Plaintiffs to submit their responses to Defendants' motions for summary judgment, I shall extend the deadline to respond to the motions for summary judgment.

IT IS ORDERED:

1. Plaintiffs' motions to extend the deadline to respond to Defendants' motions for summary judgment (Case No. 8:09CV157, filing 62; Case No. 4:10CV3020, filing 34; Case No. 4:10CV3021, filing 33) are granted, to the extent set forth below;

2. Plaintiffs' response deadline for the motions for summary judgment are stayed until a date to be determined after the court has considered and ruled upon Plaintiffs' motions to conduct limited discovery (Case No. 8:09CV157, filing 63; Case No. 4:10CV3020, filing 35; Case No. 4:10CV3021, filing 34).

3. The court will advise the parties of the new response deadline at the time that it rules upon Plaintiffs' motions to conduct limited discovery.

July 27, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge