IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN O'MEARA, et al., | ) | |
| | ) | 8:09CV157 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DAVE HEINEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CLAUDIE SIRES, PR of the Claudia Wright Estate, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | 4:10CV3020 |
| | ) | |
| DAVE HEINEMAN, M.D. et al. | ) | |
| | ) | |
| Defendants. | ) | |
| GARRY WHEELER, personal representative of the estate of SARA SCHNELL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | 4:10CV3021 |
| | ) | |
| DAVE HEINEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The Joint Motion to Extend Deadlines (Filing No. 67), is granted.

2) The Plaintiff's deadline for disclosure of experts is extended to 60 days after this Court's ruling on the Defendants' Motion for Summary Judgment on the issue of qualified immunity.

3) Within ten days following the court's decision on qualified immunity, the parties shall contact the chambers of the undersigned to schedule a conference call to discuss the progression schedule for this case to trial.

Dated this 10th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge