IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN O'MEARA, et al., <br><br> Plaintiffs, <br> v. <br><br> DAVE HEINEMAN, et al. <br><br> Defendants. | 8:09CV157 <br><br><br> **MEMORANDUM AND ORDER** |
| CLAUDIE SIRES, Personal Representative of the Estate of Claudia Wright, <br><br> Plaintiff, <br> v. <br><br> DAVE HEINEMAN, et al., <br><br> Defendants. | 4:10CV3020 |
| GARRY WHEELER, Personal Representative of the Estate of Sara Schnell, <br><br> Plaintiff, <br> v. <br><br> DAVE HEINEMAN, et al. <br><br> Defendants. | 4:10CV3021 |

      For the edification (and amusement) of counsel, I have considered the "Statement of Objections to Magistrate Judge's Order" (filing 70, Case No. 8:09CV157) and note that I once was a Magistrate Judge but, alas, I no longer have that very good gig. Having considered the substance of the objection and treating it as a regular old motion,

      IT IS ORDERED that filing 70 is denied.

September 22, 2010.

                              BY THE COURT:
                              *Richard G. Kopf*
                              United States District Judge